ROBERT SMART *versus* AARON THOMAS, Jr.

PAPERS IN FILE: [None]
*Chancery Case . . . . of . . . .*

In the matter of the OPENING OF A ROAD "FROM THE NORTH-EASTERLY TERMINATION OF JEFFERSON AVENUE IN THE CITY OF DETROIT" (JOHN BIDDLE ET AL., PETITIONERS FOR ROAD; GENEVIEVE BEAUBIEN ET AL., PETITIONERS FOR CERTIORARI).

PAPERS IN FILE: [None]

ROBERTSON *versus* McKINSTRY, CALHOUN, AND ANDRÉ. . . . .

PAPERS IN FILE: [None]

In the matter of JOSEPH MANNING.

PAPERS IN FILE (1827): (1) Writ of habeas corpus; (2) return to habeas corpus, decision.

In the matter of JOSEPH MANNING.

PAPERS IN FILE (1827): (1) Petition for writ of habeas corpus, allocatur, decision; (2) writ of habeas corpus and return; (3) opinion.

JOHN E. SCHWARZ AND AMOS GORDON *versus* BENJAMIN GUMAER, EBENEZER HURD, THOMAS C. SHELDON, AND ELIAS S. SWAN.

PAPERS IN FILE (1828): (1) Bill of complaint, order denying injunction; (2) answer of Elias S. Swan; (3) answer of Benjamin Gumaer; (4) answer of Ebenezer Hurd; (5) copies of papers in *Schwarz v. Gumaer* and *Schwarz and Gordon v. Gumaer*